UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GARY GRISHABER,

                                                    DECISION AND ORDER

                    Plaintiff,

                                                    20-CV-6011L

      v.

DR. SHEIKE, et al.,

                    Defendants.
_____

On March 2, 2033, United States Magistrate Judge Mark W. Pedersen issued a Report and Recommendation (Dkt. #35) recommending that this case be dismissed with prejudice and closed. No objections have been filed. I have carefully reviewed the Report and I see no reason to modify, alter or change it. I adopt it in full. It is, therefore

ORDERED, that this case is hereby dismissed with prejudice and the Clerk is directed to close the case.

IT IS SO ORDERED.

                                               _____
                                                    DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       March 27, 2023.